IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ENELSIDO GUANTE, | ) |
| Petitioner, | ) ) ) |
| v. | ) CV 305-92 |
| MICHAEL PUGH, Warden, McRae Correctional Facility, | ) ) ) ) |
| Respondent. | ) ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the reasoning Magistrate Judge's Report and Recommendation, to which no objections have been filed. Respondent has since verified that Petitioner has been credited with the forty-seven days of credit. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** in its reasoning. However, because Petitioner has already received the forty-seven days of credit to which he was entitled, the petition is **DENIED AS MOOT** as to that issue. The Petition is also **DENIED** according to the reasoning of the Magistrate Judge as to the period of administrative detention while Petitioner was awaiting deportation.

**SO ORDERED** this 13 day of March, 2006.

_____
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT